Certificate Number: 03605-PR-DE-014978595

Bankruptcy Case Number: 11-02453


03605-PR-DE-014978595

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 26, 2011</u>, at <u>3:54</u> o'clock <u>PM AST</u>, <u>JOSE BAEZ CARRASQUILLO</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>May 26, 2011</u>              By:    <u>/s/MARIA GARCIA</u>

                                               Name: <u>MARIA GARCIA</u>

                                               Title: <u>BRANCH MANAGER</u>